# EXHIBIT A

   
Premium Wireless (WAC740)

# 802.11ac 4x4 Wave 2 Wireless Access Point

☆☆☆☆☆ (0)   Write A Review

NETGEAR Premium Business 802.11ac 4 x 4 Wave 2 Wireless Access Point, purposely designed for enterprises requiring high density and superior performance. The NETGEAR® Premium Business 802.11ac 4 x 4 Wave 2 Wireless Access Point (AP) delivers high performance with maximum client density for enterprises requiring ubiquitous and reliable wireless for all business applications. The WAC740 is a controller managed Access Point with ease of centralized management with all NETGEAR wireless controllers from small (WC7500) to mid-size (WC7600) and large-size (WC9500) deployment. The WAC740 operates with Multi-User MIMO and can achieve speeds up to 600 Mbps for 2.4 GHz and 1.7 Gbps at 5 GHz. The WAC740 is Power over Ethernet enabled and comes with 2 Ethernet ports, including one Multi-Gig port that can handle up to 2.5 Gbps of throughput, enabling a single wire to connect to Multi-Gig capable switch for ease of wiring installation.



## Features

**PERFORMANCE**   EASE OF USE

**High performance and superior coverage**
Dual band concurrent operation between 2.4GHz and 5GHz frequency ranges
Maximum performance with multi-gigabit throughput (up to 2.3 Gbps)

**Maximize capacity with Multi-user MIMO support**
Enable concurrent wireless transmit and receive with multiple clients
Improves coverage for multiple users in dense environment

⤓ Product Datasheet



## Technical Specifications






PHYSICAL SPECIFICATION >   TECHNICAL SPECS >   SUPPORT & WARRANTY >
WHAT'S IN THE BOX >

[Installation Guide]   [Hardware Installation Guide]

## Reviews

Be The First To Review This Product



Sign up for news, tips and offers, and receive 10% off* your next order

Your Email

[Sign up]

*10% offer valid for one-time use on a single item only. May be applied to all NETGEAR products, excluding services and Meural products. May not be combined with other offers. Limit one promo code per customer. You can unsubscribe from our mailing list at any time. Please see our Privacy Policy for more information.

MyNETGEAR
Manage Profile
My Orders
Track Orders
Returns
Register Product
My Support

CUSTOMER CARE
Shipping and Returns
Shopping FAQs
Warranty Info
Download Center
Community
Support
Contact Us

COMPANY
About Us
Careers
Social Responsibility
Investor Relations
Press Room
Blog
Where To Buy

NETGEAR

Email Updates
Email Address    [Submit]

United States (English)    © 1996-2021 NETGEAR®    Privacy Policy    Ad & Cookie Policy    Terms & Conditions    Submit Feedback