# Exhibit G



### Multi-User MIMO Technology Explained (MU-MIMO) | NETGEAR Nighthawk WiFi Routers

101,210 views • Oct 1, 2015

👍 495   👎 18   SHARE   SAVE

**NETGEAR**
55.1K subscribers

SUBSCRIBE

Learn more about NETGEAR Nighthawk Routers: http://bit.ly/2aQXlVd

Data Rate Test Station Details:

SHOW MORE

**18 Comments**   SORT BY

Add a public comment...

**Robotic Nerd** 3 years ago
My old computer won't even recognize a router with mu-mimo turned on LOL.
👍 4   REPLY

**Jake** 3 years ago
One thing to note is that if your devices connected don't support MU-MIMO, it won't make a difference
👍 31   REPLY
View reply


do you have an AP that is MU-MIMO with no router? or do I need to buy a Nighthawk Router and put into AP mode? I have a Custome Router with Customer firmware, and just need better WIFI and really need MU-MIMO.
👍 1   REPLY

**JPFX** 3 years ago (edited)
Is there any difference between Traditional router setup you explained in this video and SU - MIMO (Single User - MIMO)?
👍   REPLY
View reply

**Kennedy Espinosa** 1 year ago
I have this  off by default, I have a lot devices, would that slow my network?
👍   REPLY

**Unknow Wolf** 🐺 1 year ago
I have a TPLINK AX1500 router has MU-MINO my BEC 6300NEL RIDGEWAVE R15 dont have those Features
👍   REPLY

**Logan Braveheart** 2 years ago
i like mimo but i wont be getting a netgear
👍 3   REPLY
View reply

**StuFFed** 2 years ago
I NEEEEED MUUUUUUUUUUU MIIIIIIIMOOOOOOOOOOOOO!!!!!
👍 6   REPLY

**Joshua Montano** 10 months ago
My-mo. I thought it was mee-mo.
👍 1   REPLY

**Alrey M** 5 years ago


MU-MIMO Explained
PowerCert Animated Videos
145K views • 9 months ago


WI-FI 6, Why it's the BIGGEST update to Wi-Fi EVER! -...
NetworkChuck
705K views • 2 years ago


Upgrading our WORST Wifi Setup - NETGEAR Nighthawk...
Linus Tech Tips
3.1M views • 2 years ago


Tesla Turbine | The interesting physics behind it
Lesics
2.4M views • 2 weeks ago


How to buy Wi-Fi routers April 2021 and for Future proof.....
Amardeep R. Meena
47K views • 2 months ago


How To Connect Two Routers On One Home Network Using...
Richard Lloyd
3.9M views • 3 years ago


Port Forwarding Explained
PowerCert Animated Videos
1.4M views • 4 years ago


Get Faster WiFi with OLD Routers??
Linus Tech Tips
1.2M views • 2 years ago


What is the difference between SU-MIMO and MU-MIMO? WI...
Wyne Tech Bytes
178 views • 2 months ago


Is Your Router LYING To You? - MU-MIMO Explained
Techquickie
391K views • 1 year ago


Sony MiniDisc: The (Not) Forgotten Audio Format That...
This Does Not Compute
645K views • 2 weeks ago


TP-Link Wi-Fi Routers | What is MU-MIMO Technology?
TP-Link
76K views • 5 years ago


2.4 GHz vs 5 GHz WiFi: What is the difference?
PowerCert Animated Videos
2.9M views • 2 years ago


Use an Old WiFi Router as Repeater, Wifi Extender,...
Torogi Pro
4M views • 2 years ago


Cable vs DSL vs Fiber Internet Explained
PowerCert Animated Videos
1.4M views • 2 years ago


How does an Antenna work? | ICT #4
Lesics
3.2M views • 1 year ago


Upgrade Your Router by Adding a Network Switch
Tech With Brett
386K views • 6 months ago


Wireless Access Point vs Wi-Fi Router
PowerCert Animated Videos
622K views • 1 year ago


What Router Settings Should You Change?
Techquickie
3.4M views • 3 years ago


Netgear Nighthawk AC1900 a Scam? My Review
Review Nation
79K views • 3 years ago


WiFi (Wireless) Password Security - WEP, WPA, WPA2,...
PowerCert Animated Videos