# Exhibit H

NETGEAR Support

# What is MU-MIMO and how can this technology be useful in my network?

Was this article helpful?  Yes    No   |   3 people found this helpful in last 30 days

## What is MU-MIMO?

MU-MIMO stands for multi-user, multiple-input, multiple-output, and it is a new feature in IEEE 802.11ac Wave 2.

The 802.11ax WiFi standard enables MU-MIMO to support more clients than ever. For example, the RAX200 communicates with multiple client devices simultaneously.

MU-MIMO operates in the downstream direction (access point to client) and allows an access point to transmit to multiple client devices simultaneously. SU-MIMO (single-user, multiple-input, multiple-output) is the predecessor technology that was part of the 2009 IEEE 802.11n wireless standard as well as the 802.11ac Wave 1 standard. SU-MIMO also allows multiple simultaneous transmissions, but only to one client device at a time.

MU-MIMO (802.11ac Wave 2) is like a switch: it allows simultaneous transmission of data to multiple clients. SU-MIMO (802.11n and 802.11ac Wave 1) is like a hub: it allows transmission to only one client at a time.

If you want to use MU-MIMO in your home or business wireless network, both the client device and the access point must support 802.11ac Wave 2 MU-MIMO.

## How can MU-MIMO be useful in my network?

MU-MIMO reduces latency and improves performance during data-intense activities such as streaming video, video conferencing, or viewing webinars. Because the access point never interrupts its connection to the client to communicate with other clients, MU-MIMO minimizes jittery video, freezes, and buffering. MU-MIMO also helps to reduce network congestion and improve download speeds.

For more information:

- How is Wi-Fi 6 different from Wi-Fi 5?
- RAX200 product page

Last Updated:08/05/2020 | Article ID: 31309

**Was this article helpful?**    Yes    No

### This article applies to:
- Wireless AX Router Nighthawk (WiFi 6) (21)
- Access Point AC (4)
- Business Wireless (10)
- Orbi (23)
- Nighthawk WiFi Systems (3)
- Access Point WiFi 6 (5)
- Nighthawk Pro Gaming (1)
- Wireless AC Router Nighthawk (9)

How to Find Your Model Number ›

### Recently Viewed Articles
- How do I set up and enable Facebook Wi-Fi on my wireless access point?
- How is Wi-Fi 6 different from Wi-Fi 5?
- Beamforming+ FAQs
- How To Configure Facebook Wi-Fi On Your NETGEAR Router?

### Looking for more about your product?

Get information, documentation, videos and more for your specific product.

[Start typing your model number h]

## Can't find what you're looking for?

Quick and easy solutions are available for you in the NETGEAR community.

[Ask the Community]

## Need to Contact Support?

With NETGEAR's round-the-clock premium support, help is just a phone call away.

See Support Options ⌄