# Exhibit J



    
# Why You'll Want MU-MIMO

- Published: Wednesday, 03 June 2015 12:00
- Written by SNB CC Team

Tags: Linksys  MU-MIMO  QCA  Qualcomm Atheros  Sponsored Post  WiFi

 This article is sponsored by Qualcomm Atheros & Linksys.

Wi-Fi is wonderful indeed, freeing us to roam untethered. And our appetite for wireless living continues to grow. A May 2014 Machina Research study says the number of connected devices in the average U.S. home is expected to increase from 9 to more than 20 devices by 2020. Some of us are already there.

Our devices' data appetites are growing too. More video and music is being streamed to our mobile devices than ever before and video and photos shot on our phones is also moving in the other direction, backing up to the cloud. Cisco studies say global mobile data traffic grew 81% in 2013, and is expected to increase nearly 11x between 2013 and 2018.

While enterprises can just add access points to expand network capacity, this solution is also hitting a wall. Today's Wi-Fi networks can't just work harder, they also need to work smarter.

802.11ac brought significantly more bandwidth to the party with three and four stream routers. But due to size and power restrictions, most mobile devices handle only a single stream and can't access full network capacity. Even worse, these "slower" single-antenna devices make the network run very inefficiently, eating up lots of wireless airtime while moving less data.

## How MU-MIMO Helps

Three words: **total throughput improvement**. Here's how.



**MU-MIMO** (Multi-User Multiple Input Multiple Output) technology is part of the 802.11ac standard, using an advanced form of beamforming to enable simultaneous AP-to-client transmission.

The left side of the diagram below shows how Wi-Fi works today in SU (Single User) mode. A three-stream (3 antenna) router may ideally support 910 Mbps of total bandwidth. But single-stream (1 antenna) mobile devices can only access about a third of that total.

Even worse, they must *share* that reduced total, as each device waits its turn to access the router. When all the math is done, each device ends up with less than 120 Mbps out of that original 900.

MU-MIMO's "secret sauce" is that it sends data to up to *three* devices simultaneously, using a four-stream (four antenna) router. More data uses more bandwidth, which the router can happily supply. So in the time it took before for each device to get only one chunk of data, each one now gets three. This means effective bandwidth use per device has increased around 3x!





MU-MIMO increases per device throughput

Although SU devices can't take directly take advantage of MU transmissions, they still benefit. The diagram below shows freed-up airtime, which can be used for "legacy" (802.11a/b/g/n) and single user MIMO (SU-MIMO) clients.

Check out our Wi-Fi System Charts, Ranker and Finder!



## Support Us!

If you like what we do and want to thank us, just buy something on Amazon. We'll get a small commission on anything you buy. Thanks!

## Most Read This Week

WLAN | NAS | SmartHome | LANS | More

- Wi-Fi 6 Performance Roundup: Five Routers Tested
- 160 MHz Wi-Fi Channels: Friend or Foe?
- ASUS AiMesh Reviewed
- First Peek At Wi-Fi 6: ASUS RT-AX88U & NETGEAR RAX80
- 2x2 AC Access Point Roundup - Part 2





MU-MIMO frees airtime for legacy devices

Improving throughput use in mixed device (SU/MU) wireless LANs is an essential feature of MU-MIMO. MU-MIMO must be supported on both ends of a wireless link (router/AP and client device) and it will take time for MU-MIMO devices to make their way into your pocket. But adding even two MU devices to a mixed wireless LAN running on an MU router will show measurable improvement. And adding more will be even better.

MU-MIMO brings advantages to wireless gamers, too. Because MU clients share airtime, data moves more quickly and latency is reduced.

If all this sounds good, Why Wait™? Linksys' EA8500 Max-Stream AC2600 MU-MIMO Smart Wi-Fi Router powered by Qualcomm Atheros MU | EFX technology is here now.



Read more about Linksys.

Discuss this in the Forums

 Antenna 

More Wireless



| WI-FI 6 PERFORMANCE ROUNDUP: FIVE ROUTERS TESTED | ASUS AIMESH REVIEWED | FIRST PEEK AT WI-FI 6: ASUS RT-AX88U &... | 2X2 AC ACCESS POINT ROUNDUP - PART... |
|---|---|---|---|
|  |  |  | |



### Over In The Forums

**DDNS Service -- Which is best?**
I want to setup a VPN server. I understand that a DDNS service is required. In the DDNS tab in the WAN section of Merlin, there are 13 preset DDNS ser...

**FlexQoS 1.2 - Flexible QoS Enhancement Script for Adaptive QoS**
FlexQoS Version 1.2.0 - Released 07-Feb-2021 NEW:Users can now customize the QoS class used for outbound traffic generated locally by the router (exc...

**connmon - Internet connection monitoring**
v2.8.3Updated 2021-01-20connmon is an internet connection monitoring tool for AsusWRT Merlin with charts for daily, weekly and monthly summaries.connm...

**Upgrade Asus RT-N66U**
Hi,I need to buy a new router for my parents' house. So far they have used an Asus RT-N66U which was fine; their connection is only ~50Mbit and at mos...

**[AC87U] Firmware 384.4, VPN rules not working**
Hello,Since I updated my AC87Uto 384.4, my VPN rules not working. On my device when I check on myip.org, I have the FAI IP and not VPN IP.What I can d...

### Don't Miss These

**First Peek At Wi-Fi 6: ASUS RT-AX88U & NETGEAR RAX80**



**Updated** - Our first look at the performance of **NETGEAR's RAX80** and **ASUS' RT-AX88U** shows little benefit functioning as AC routers.

**5 Things To Know Before You Buy A Draft 11ax Router**



**Updated:** The first draft 11ax routers are almost here. Take a little time to know what you might be buying into.

**160 MHz Wi-Fi Channels: Friend or Foe?**



Updated - 160 MHz channel bandwidth is an essential feature of 802.11ax. We take a look at whether it means trouble for your 11ac network.

**Wi-Fi Roaming Secrets Revealed**



Ever wonder what happens behind the scenes when Wi-Fi devices roam, or more likely don't? We'll show you why the "seamless" roaming Wi-Fi gear makers promise is still as elusive as a Yeti.

Related Articles

< Prev    Next >

© 2006-2021 Pudai LLC All Rights Reserved.
Copyright of all documents and scripts belonging to this site by Pudai LLC.
Most of the information contained on this site is copyrighted material. It is illegal to copy or redistribute this information in any way without the expressed written consent of Pudai LLC. Please use the Contact Form for such requests.

About | Contact | Advertise | Privacy | Terms

**Subscribe to SNB's Daily Digest!**
Enter your email address:
Subscribe